**2009–1217. Ohio Concrete Constr. Assn. v. Ohio Dept. of Transp.**
Franklin App. No. 08AP–905, 2009-Ohio-2400.

MOYER, C.J., dissents.

O'CONNOR, J., dissents and would accept the appeal on Proposition of Law Nos. I and II.